| | 14.1 |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br>ATTORNEY(S) MOHAMMED GANGAT ESQ.<br>675 THIRD AVENUE STE 1810 NEW YORK, NY 10017 \| PH: (718) 669-0714 | Case Number: 1:22-cv-04833-ENV-MMH<br>Date Filed: 08/16/2022 |

Manuel Martinez, et al

Plaintiff

vs

Infrastructure Development Specialists, Inc., et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:      **AFFIDAVIT OF SERVICE**

**Robert Sinrich**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/18/2022**, at **4:13 PM** at **383 Oakley Avenue, Elmont, NY 11003**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Boris Gonzalez**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex:** Male    **Color of skin:** White    **Color of hair:** Bald    **Age:** 36-50
**Height:** 5ft9in-6ft0in    **Weight:** Over 200 Lbs.    **Other:** Glasses

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on August 19, 2022

Denise Bedoh
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires MAY 5, 2023

Client's File No.:

Process Server, Please Sign
Robert Sinrich
Lic#
Job #: 2227579

*Inter County Judicial Services, LLC, 6851 Jericho Turnpike, Suite 180, Syosset, NY 11791 LICENSE # 1371771*