UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Martinez; David Cortes; Elkin Casadiego; Victor Manuel Cervera; Roberto Salazar; Hernan Quiroz; Diana Cardenas; Javier Campoverde; and, Wilfredo Ramos Ortiz,<br><br>*Plaintiffs*,<br><br>-against-<br><br>Infrastructure Development Specialists, Inc.; Jose Mauricio Ruiz; Liliana Garcia; Boris Gonzalez; and, Martha Gonzalez,<br><br>*Defendants*. | Case No. 1:22-cv-4833(ENV)(MMH)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Infrastructure Development Specialists, Inc. ("IDS"), makes the following Corporate Disclosure Statement. IDS is not owned by any parent corporation, and no publicly-held corporation owns ten percent or more of its stock.

Dated: September 29, 2022
       White Plains, New York

                                  **DENLEA & CARTON LLP**

                                  By: _____
                                       Craig M. Cepler
                                       2 Westchester Park Drive, Suite 401
                                       White Plains, N.Y. 10604
                                       Tel.: (914) 331-0100
                                       Fax: (914) 331-0105
                                       ccepler@denleacarton.com
                                       *Attorneys for Defendants Infrastructure Development Specialists, Inc., Jose Mauricio Ruiz, Boris Gonzalez and Martha Gonzalez*